AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GS HOLISTIC, LLC <br><br> *Plaintiff(s)* <br> v. <br> SAM 2016 INC d/b/a SOUTH BEACH VAPOR AND SMOKE SHOP and DON SIBAI, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-21790 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAM 2016 INC d/b/a SOUTH BEACH VAPOR AND SMOKE SHOP
REGISTERED AGENT: DON SIBAI
1556 WASHINGTON AVE
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabrielle Alexa Penalta, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 12, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ N. Wilner
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| GS HOLISTIC, LLC *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:23-cv-21790 |
| SAM 2016 INC d/b/a SOUTH BEACH VAPOR AND SMOKE SHOP and DON SIBAI, *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DON SIBAI
1556 WASHINGTON AVE
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabrielle Alexa Penalta, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 12, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Wilner

Deputy Clerk
U.S. District Courts